

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

May 27, 2025

2025-1127 - Jetaire Aerospace, LLC v. AerSale Inc.

# NOTICE OF NON-COMPLIANCE

The documents (Appendix, Confidential Appendix) submitted by Jetaire Flight Systems, LLC, Michael D. Williams, and Jetaire Aerospace, LLC are not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit corrected versions of these documents correcting the following:

- A multi-volume opening brief or appendix must have a volume number in Roman numerals and the pages included in the volume at the <u>top</u> of the cover of each volume. Fed. Cir. R. 28(c)(3); Fed. Cir. R. 30(a)(4).

  *Clerk's note: The page numbers at the top of the cover do not reflect the page numbers of appendix material.*

- Confidential material must be identified by using brackets or highlighting. Fed. Cir. R. 25.1(e)(1)(A). Refer to the Practice Notes to Rule 25.1 (Noting Confidential Material in the Confidential Version; Record Material That Exists in Two Versions).

  *Clerk's note: Certain appendix pages, such as Appx1163 and others, do not contain adequate redactions/highlighting to account for the material on the opposite page.*

- Extraneous markings and highlighting are not permitted in briefs or appendices beyond what is required by the rules or appeared on filings in the record. Fed. Cir. R. 32(i).

- The document does not contain the required proof of service or the proof of service indicates improper service of material that cannot be served through the court's electronic filing system. Fed. R. App. P. 25(c); Fed. R. App. P. 25(d); Fed. Cir. R. 25(e) (all other documents); Fed. Cir. R. 25(i)(2) (Corrected

Filings). If a party has stated consent to an alternative method of service than that required by the rule, the proof of service must so indicate. Fed. R. Cir. 25(e)(4).

- The document was filed in an editable format or has embedded comments. All electronic filings must be flattened. Refer to the court's Electronic Filing Procedures ("Flattening a PDF").

* * *

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket. An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. Cir. R. 45(a).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: I. Hammer, Deputy Clerk